IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MANFREDO BARRIENTOS, et al. | * |
| Plaintiffs | * |
| vs. | *   Case No. 8:13-cv-00942-PWG |
| MID-ATLANTIC WAREHOUSE SERVICES, INC., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

**DISCLOSURE OF CORPORATE AFFILIATION AND**
**FINANCIAL INTEREST PURSUANT TO LOCAL RULE 103.3**

Defendant, Mid-Atlantic Warehouse Services, Inc., pursuant to Local Rule 103.3, discloses as follows:

Defendant, Mid-Atlantic Warehouse Services, Inc., has no parent or affiliate corporate party, and no other corporation, unincorporated association, partnership or other business entity, not a party to this case, has any financial interest in the outcome of this litigation.

Respectfully submitted,

/s/
Jonathan A. Azrael
John R. Solter, Jr.
Azrael, Franz, Schwab & Lipowitz, LLC
101 E. Chesapeake Avenue, 5th Floor
Baltimore, MD 21286
410-821-6800
*Attorneys for Mid-Atlantic Warehouse*
*Services, Inc.*

1

2

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 3rd day of May, 2013, a copy of the foregoing Disclosure of Corporate Affiliation was mailed via first-class mail, postage prepaid, to:

Gregg C. Greenberg, Esq.
The Zipin Law Firm, LLC
836 Bonifant Street
Silver Spring, MD 20910
*Attorneys for Plaintiffs*

                 /s/ John R. Solter Jr.
                 John R. Solter Jr.

F:\USERS\JRS\MID-ATLANTIC\Barrientos, et al\PLEADINGS\Disclosure of Corp Affiliation.(MidAtlantic).doc